# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSHUA LATHAM,

        Plaintiff,

  v.

GIPSON, *et al.*,

        Defendants.

Case No.  1:24-cv-01428-KES-BAM (PC)

ORDER DENYING MOTION FOR REMOVAL OF EXHIBITS

(ECF No. 18)

Plaintiff Joshua Latham ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  On December 3, 2025, the Court screened Plaintiff's complaint and granted him leave to amend to file a first amended complaint.  (ECF No. 16.)  Plaintiff filed his first amended complaint on December 28, 2025.  (ECF No. 17.)

Currently before the Court is Plaintiff's motion requesting, pursuant to Eastern District of California Local Rule 220, that exhibits attached to his superseded pleading be removed in order that they may be attached to his changed pleading.  (ECF No. 18.)  The Court construes Plaintiff's motion as a request to have the exhibits to the complaint, (ECF No. 7), which were filed on December 8, 2025, and were not attached to his original complaint, be re-filed as exhibits to his first amended complaint at ECF No. 17.

Local Rule 220 provides that "[p]ermission may be obtained from the Court, if desired, for the removal of any exhibit or exhibits attached to a superseded pleading, in order that the

1

same may be attached to the changed pleading." L.R. 220.  Having considered Plaintiff's request, the Court does not find good cause to have the exhibits in this action re-filed on the docket. Plaintiff's exhibits are not attached to the original complaint, they are a separate docket entry, and they exceed 300 pages in total.  As necessary and appropriate, the Court will consider those exhibits in conjunction with screening of the first amended complaint.  Plaintiff is advised that the Court will screen Plaintiff's first amended complaint in due course.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for removal of exhibits, ECF No. 18, is DENIED.

IT IS SO ORDERED.

Dated:   **May 5, 2026**                  /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

2